IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TORSHA JACKSON, on behalf ) <br> of the United States of ) <br> America and the State of ) <br> Georgia, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIMS PHARMACY SERVICES, ) <br> INC., f/k/a/ Northeast ) <br> Pharmaceutical, Inc., and ) <br> GENOA, a QOL Healthcare ) <br> Company, LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 2:14cv250-MHT <br> (WO) |

**JUDGMENT**

The United States and the State of Georgia having submitted their notice of consent to dismissal of this action pursuant to § 3730(b)(1) of the False Claims Act, 31 U.S.C. §§ 3729-3733 and § 49-4-168.2(b) of the Georgia False Medicaid Claims Act, O.C.G.A § 49-4-168 et seq., and pursuant to Fed. R. Civ. P. 41(a)(2), and for good cause shown, it is ORDERED as follows:

(1) All claims in this action are dismissed without prejudice to the United States and the State of Georgia; and

(2) All claims in this action are dismissed with prejudice as to plaintiff-relator Torsha Jackson.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 6th day of April, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**